THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Landlord, Appellant, *v.* PREVER LUMBER COMPANY, INC., Tenant, Respondent.*

Supreme Court, Appellate Term, First Department, June 30, 1938.

* Revg. 167 Misc. 662.

*Frederick L. Allen* [*Alexander L. Caccia, Jr.,* of counsel], for the appellant.

*Zarah Williamson,* for the respondent.

PER CURIAM. We find no statutory or other prohibition against the maintenance of a summary proceeding by the corporate agent of a landlord. (Civ. Prac. Act, § 1414.)

Final order reversed, with thirty dollars costs, and final order directed for landlord awarding possession and judgment in the sum of $100, with interest and costs.

All concur. Present — LYDON, FRANKENTHALER and NOONAN, JJ.